JANUARY TERM, 1882, Nos. 1, 2, AND 3.     FEBRUARY 20TH, 1882.

## Lehigh Valley Fire Insurance Company, to use, *versus* Tighe.

## Same *versus* Seidler.

## Same *versus* Barrett.

In the absence of a bill of exceptions, the Court will not reverse a judgment for alleged error in the refusal to admit evidence, and in the charge of the Court, upon the mere agreement of counsel, as to what was excepted to.

Before SHARSWOOD, C. J.; MERCUR, GORDON, PAXSON, STERRETT, and GREEN, JJ. TRUNKEY, J., absent.

Error to the Court of Common Pleas of *Wayne County.*

Ten assignments of error, which were filed in these cases, alleged error in the refusal of the Court below to admit certain evidence offered by the plaintiff, and in the charge of the Court.

The records contained no bill of exceptions.

*Homer Greene,* for plaintiff in error.

*George S. Purdy,* for defendant in error.

MARCH 6TH, 1882.—PER CURIAM: The records in these cases do not contain any bill of exceptions, or the charge of the Court. It would be unfair to the judge of the Court below to reverse upon the mere agreement of the counsel as to what was excepted to. We find, therefore, nothing to sustain the assignments.

                    Judgment affirmed in each case.